UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LARON MOSLEY,
                     Defendant.

13-CR-654 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      Defendant Laron Mosley, proceeding *pro se*, has filed a renewed motion for compassionate release under the First Step Act, 18 U.S.C. § 3582(c)(1)(A), in light of the Covid-19 pandemic and his medical conditions. Defendant's previous request for compassionate release was denied by this Court on August 26, 2020. (*See* Dkt. No. 193.) The Court has considered Defendant's motion and supplemental letters, the Government's response, and medical information submitted by the parties. *See* Dkt. Nos. 194-197.)

      Defendant, who is now 39 years old, is incarcerated at Allenwood Medium FCI. Since the denial of Defendant's previous motion, Allenwood has experienced a significant Covid-19 outbreak. Defendant contracted Covid-19 in September 2020, had relatively mild symptoms, and recovered from the infection in October 2020.

      Defendant contends that the medication he takes for his ulcerative colitis places him at high risk of severe illness if he is reinfected with Covid-19. However, given that he has been infected and has recovered, the risk of reinfection is remote. Moreover, the record reflects that Bureau of Prisons medical staff is providing Defendant with proper care for his medical conditions.

      For these reasons, the Court does not find that there are "extraordinary and compelling reasons" warranting Defendant's release at this time.

1

Accordingly, and for the reasons stated in this Court's August 26, 2020 order, Defendant's renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1) is denied.

The Clerk of Court is directed to close the motion at Docket Number 194.

The Government is directed to send a copy of this order to Defendant.

SO ORDERED.

Dated: February 22, 2021
      New York, New York

                                                 J. PAUL OETKEN
                                           United States District Judge