

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 15, 2026

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

      **Re:**     ***United States v. Laron Mosley*, 13 Cr. 654 (JPO)**

Dear Judge Oetken:

      The Government respectfully writes, on consent, to seek an adjournment of the status conference currently scheduled for June 16, 2026, at 12:00 PM.

      A suppression hearing is ongoing in the state case that concerns the same conduct underlying the instant violation of supervised release.  That hearing will resume on or about July 8, 2026, but it may not conclude on that date.  The parties do not anticipate having any additional update for the Court on June 16.

      The parties respectfully ask the Court to adjourn the June 16 conference to July 28, 2026, which the parties understand to be a date convenient for the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: _____
Angela Zhu
Assistant United States Attorney
(212) 637-1027

Granted. The June 16, 2026 status conference is hereby adjourned to July 28, 2026 at 12:30 pm.
 So ordered:
 6/16/2026

_____
J. PAUL OETKEN
United States District Judge